IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRENT TYLER TREPANIA,

               Plaintiff,
  v.

LUCAS SHEPARD, MATHEW JEFSON,
JACOB ANDERSON, NICK ALMOGHRABI,
HAYWARD AREA MEMORIAL HOSPITAL,
AND SAWYER COUNTY,

               Defendants.

ORDER

21-cv-250-jdp

---

      Pro se plaintiff Trent Tyler Trepania, a former inmate at Washburn County Jail, alleges that officers used excessive force during his arrest. He also alleges that Hayward Area Memorial Hospital failed to treat his resulting injuries. In a December 22, 2021, order, I concluded that Trepania's complaint did not state any claims for relief that this court can consider. Dkt. 14. Trepania's allegations against the officers were too vague to state a claim, and he did not allege facts that allowed me to infer that Hayward Area Memorial Hospital was a proper defendant for a lawsuit under 42 U.S.C. § 1983.

      I gave Trepania until January 12, 2022, to submit an amended complaint that addressed those problems. I also warned Trepania that if didn't submit an amended complaint by the deadline, I would dismiss the case for his failure to state a claim upon which relief may be granted. It is now past Trepania's deadline, and he has not filed an amended complaint or otherwise responded to the court's order. I will dismiss this case.

      I note that after filing this lawsuit, Trepania provided the court with an updated address, and it appears that Trepania is no longer incarcerated. Nevertheless, because Trepania was a

prisoner at the time he filed this lawsuit, I will assess Trepania a "strike" under 28 U.S.C. § 1915(g) for failure to state a claim.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff Trent Tyler Trepania's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to record a "strike" against plaintiff.

3. The clerk of court is directed to enter judgment in favor of defendants and close the case.

Entered January 20, 2022.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge